IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Guzman-Guerrero, Dinah | Case Number: 06 B 11038 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 9/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: December 5, 2008
Confirmed: December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,382.13 | |
| Secured: | | 4,236.76 |
| Unsecured: | | 3,761.89 |
| Priority: | | 0.00 |
| Administrative: | | 2,504.00 |
| Trustee Fee: | | 613.23 |
| Other Funds: | | 266.25 |
| Totals: | 11,382.13 | 11,382.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,504.00 | 2,504.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 18,294.31 | 4,236.76 |
| 4. | Peoples Energy Corp | Unsecured | 2,167.58 | 2,167.58 |
| 5. | Portfolio Recovery Associates | Unsecured | 319.31 | 319.31 |
| 6. | National Capital Management | Unsecured | 1,275.00 | 1,275.00 |
| 7. | Advocate Health Care | Unsecured | | No Claim Filed |
| 8. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 9. | Lake Shore Obgyn | Unsecured | | No Claim Filed |
| 10. | Northwestern Childrens Practice | Unsecured | | No Claim Filed |
| 11. | CB USA Sears | Unsecured | | No Claim Filed |
| 12. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 13. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Southeast Anesthesia Consult | Unsecured | | No Claim Filed |
| 16. | Trinity Hospital | Unsecured | | No Claim Filed |
| 17. | Popeil Inventions | Unsecured | | No Claim Filed |
| | | | $ 24,560.20 | $ 10,502.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 119.56 |
| 5.4% | 330.48 |
| 6.5% | 140.72 |
| 6.6% | 22.47 |
| | $ 613.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Guzman-Guerrero, Dinah

Printed: 12/23/08

Case Number:  06 B 11038
Judge:  Hollis, Pamela S
Filed:  9/6/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

